# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | NICOLAS CAPAZ | | |
| **Case Number:** | 2:08-BK-16602-RTB | **Chapter:** | 7 |
| **Date / Time / Room:** | WEDNESDAY, JULY 15, 2009 02:30 PM   7TH FLOOR #703 | | |
| **Bankruptcy Judge:** | REDFIELD T. BAUM | | |
| **Courtroom Clerk:** | | | |
| **Reporter / ECR:** | N/A | | |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY CITIMORTGAGE, INC.

**R / M #:**   19 / 0

**VACATED:  ORDER OF RECUSAL FORTHCOMING**

## *Appearances:*

NONE

## *Proceedings:*

VACATED: ORDER OF RECUSAL FORTHCOMING