

FILED

JUL 17 2009

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 Proceedings |
| Nicolas J. Capaz, | |
| Debtor(s). | Case No. 2:08-bk-16602-RTB |
| CITIMORTGAGE, INC. | **(SARAH SHARER CURLEY)** |
| Movant, | |
| v. | |
| Nicolas J. Capaz, Debtor; and Roger W. Brown, Chapter 7 Trustee, | ORDER OF RECUSAL (CITIMORTGAGE, INC.) |
| Respondent(s). | |

Before the court is the Motion For Relief From the Automatic Stay filed by CITIMORTGAGE, INC. It appearing that the Hon. Redfield T. Baum has a conflict of interest and must recuse himself from considering the motion and therefore;

IT IS HEREBY ORDERED pursuant to the provisions of 28 U.S.C.§ 455(b)(4) the undersigned Bankruptcy Judge is disqualified from considering this matter and refers it to the Clerk of the Court for reassignment to another bankruptcy judge for consideration.

IT IS FURTHER ORDERED vacating the preliminary hearing scheduled for July 15,

2009 at the hour of 2:30 p.m.

DATED this 17 day of July, 2009.

_____
Honorable Redfield T. Baum
United States Bankruptcy Judge

Copy of the foregoing
mailed this 17 day of
July, 2009 to:

Mark S. Bosco
Leonard J. McDonald
TIFFANY & BOSCO
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016

Dean O'Connor
SALLQUIST DRUMMOND & O'CONNOR, PC
1430 East Missouri Avenue, #B-125
Phoenix, Arizona 85014

Roger W. Brown
P.O. Box 32967
Phoenix, Arizona 85064-2967

Nicolas Capaz
51 East Monte Vista Road
Phoenix, Arizona 85004

by_____
Judicial Assistant